THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv310

| | |
|---|---|
| GEGEORGE WILSON FRADY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. [Doc. 9]. The Plaintiff represents that the Defendant does not object to the Plaintiff's Motion.

There being no objection from the Defendant, the Motion will be granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss [Doc. 9] is hereby **GRANTED** and this case is **DISMISSED**.

**IT IS SO ORDERED.**

Signed: April 9, 2012

Martin Reidinger
United States District Judge