# United States District Court
# For The Western District of North Carolina
# Asheville Division

GEORGE WILSON FRADY,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                            1:11cv310

MICHAEL J. ASTRUE,
Commissioner of Social Security

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 09, 2012, Order.

                                            Signed: April 9, 2012

                                            Frank G. Johns, Clerk
                                            United States District Court